1  WILLIAM L. STERN (CA SBN 96105)
   WStern@mofo.com
2  JANELLE J. SAHOURIA (CA SBN 253699)
   JSahouria@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendants
   UNILEVER UNITED STATES, INC. and
7  UNILEVER PLC

8

9           UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11                WESTERN DIVISION

12

13  EVANGELINE RED, JENNIFER          Case No. CV09 07855 MMM (AGRx)
    RED, and RACHEL WHITT, on Behalf
14  of Themselves and All Others Similarly   **DECLARATION OF DARREN**
    Situated,                          **PALMET IN SUPPORT OF**
15                                     **DEFENDANT UNILEVER UNITED**
                   Plaintiffs,         **STATES INC.'S MOTION TO**
16                                     **DISMISS**
17        v.
                                       Hearing Date: February 8, 2010
18  UNILEVER UNITED STATES, INC.       Time:  10:00 a.m.
    and UNILEVER PLC,                  Courtroom:  780
19                                     Judge:  Hon. Margaret M. Morrow
                   Defendants.         Action Filed:  October 28, 2009
20

21

22

23

24

25

26

27

28

I, Darren Palmet, declare:

1.     I am currently employed as a Brand Development Manager at Conopco, Inc. dba Unilever ("Unilever").  I submit this Declaration in support of Defendant Unilever United States, Inc.'s Motion to Dismiss in this action.  I have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify competently to those facts.

2.     I have worked as a Brand Development Manager at Unilever since March 2008.  Before that, I held the position of Shopper Marketing Manager— Spreads & Dressings for two years and one month.  I have been an employee of Unilever since August 2002.  The division in which I currently serve as a Brand Development Manager has amongst its portfolio of products "I Can't Believe It's Not Butter!" ("ICBINB!") Light®, ICBINB! Original®, ICBINB! Cooking and Baking Sticks®, and Brummel & Brown®.  I am also familiar with the products Shedd's Spread Country Crock®, Shedd's Spread Country Crock Spreadable Sticks®, and Imperial Margarine®.  All of these products are at issue in this lawsuit.

3.     In the course of my duties at Unilever, I have become familiar with the company's product packaging for its soft spreads.  Before Plaintiffs filed this Complaint on October 28, 2009, Unilever began the process of reformulating its soft spreads to phase out the use of partially hydrogenated oils.  As a result, many varieties of Unilever's soft spreads are no longer made with partially hydrogenated oils.

4.     **Exhibit A** to Defendant's accompanying Request for Judicial Notice in Support of Its Motion to Dismiss ("RJN") is a true and correct copy of Unilever's July 27, 2009 press release, "Unilever to Remove Hydrogenated Oils Across Entire Soft Spreads Portfolio in U.S. by Early 2010."  This press release discusses how Unilever made a commitment to phase out partially hydrogenated oils from its soft spreads portfolio.

1    5.    **Exhibit B** to the RJN is a true and correct copy of the current
2    packaging label for ICBINB! Light®, which was introduced in August 2009.

3    6.    **Exhibit C** to the RJN is a true and correct copy of the ICBINB!
4    Original® package label that was used from July 2008 to July 2009.

5    7.    **Exhibit D** to the RJN is a true and correct copy of the current
6    packaging label for ICBINB! Original®, which was introduced in August 2009.
7    The newly designed label reflects that ICBINB! Original has been reformulated to
8    no longer contain partially hydrogenated oils.  The product label no longer contains
9    the phrase "Made With A Blend of Nutritious Oils."

10    8.    **Exhibit E** to the RJN is a true and correct copy of the ICBINB!
11    Cooking and Baking Sticks® package label used in 2009.

12    9.    **Exhibit F** to the RJN is a true and correct copy of the Shedd's Spread
13    Country Crock® package label used in 2009.

14    10.    **Exhibit G** to the RJN is a true and correct copy of the Shedd's Spread
15    Country Crock Spreadable Sticks® package label used in 2009.

16    11.    **Exhibit H** to the RJN is a true and correct copy of the Brummel &
17    Brown® package label used in 2009.

18    12.    **Exhibit I** to the RJN is a true and correct copy of the Imperial
19    Margarine® package label used in 2009.

20    13.    Unilever created and maintained the package labels attached as
21    Exhibits B through I to the RJN in the ordinary course of its business.

22    I declare under penalty of perjury under the laws of the United States and the
23    State of California that the foregoing is true and correct.

24    Executed this 30th day of November, 2009, at Englewood Cliffs, New
25    Jersey.

26
27    _____
28    Darren Palmet