| | |
|---|---|
| 1 | THE WESTON FIRM |
| 2 | GREGORY S. WESTON (239944) |
|  | 888 Turquoise Street |
| 3 | San Diego, CA  92109 |
| 4 | Telephone:   858 488 1672 |
| 5 | Facsimile:    480 247 4553 |
|  | greg@thewestonfirm.com |
| 6 | |
| 7 | BECK & LEE BUSINESS TRIAL LAWYERS |
| 8 | JARED H. BECK (233743) |
|  | 28 West Flagler Street, Suite 555 |
| 9 | Miami, FL 33130 |
| 10 | Telephone:   305 789 0072 |
|  | Facsimile:    786 664 3334 |
| 11 | jared@beckandlee.com |
| 12 | |
|  | <u>Counsel for Plaintiffs</u> |
| 13 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | EVANGELINE RED, JENNIFER RED, | Case No: 2:09-cv-07855 MMM AGRx |
| 17 | AND RACHEL WHITT, on behalf of | |
| 18 | themselves and all others similarly | Pleading Type: Class Action |
| 19 | situated, | **DECLARATION OF GREGORY S. WESTON** |
|  | Plaintiffs, | |
| 20 | v. | |
| 21 | UNILEVER UNITED STATES, INC. | Judge: Margaret M. Morrow |
| 22 | AND UNILEVER PLC, | Date: February 8, 2010 |
|  | | Time: 10:00 a.m. |
| 23 | Defendants. | Location: |

*Red et al. v. Unilever PLC et al., Case No. 2:09-cv-07855 MMM AGRx*
DECLARATION OF GREGORY S. WESTON

I, Gregory S. Weston, declare:

1. In October 2008 my firm began investigating and preparing the *Red* complaint, which included a careful review of dozens of scholarly articles. The *Red* complaint was prepared concurrently with a class certification motion to allow Plaintiffs to, as required by C.D.Cal.L.R. 23-3, file their motion for class certification within 90 days of service of the complaint.

2. A true and correct copy of Order Denying Transfer, *In Re: Aftermarket Automotive Sheet Metal Parts Antitrust Litigation,* MDL No. 2113 (J.P.M.L. 2009) is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in San Diego, California on January 8, 2010.

                                                    s/Gregory S. Weston  
                                                  GREGORY S. WESTON

Submitted by,

 s/Gregory S. Weston
THE WESTON FIRM
GREGORY S. WESTON (239944)
888 Turquoise Street
San Diego, California, 92109
Telephone:   858 488 1672
Facsimile:    480 247 4553

BECK & LEE BUSINESS TRIAL LAWYERS
JARED H. BECK (233743)
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone:   305 789 0072
Facsimile:    786 664 3334
jared@beckandlee.com

<u>Counsel for Plaintiffs</u>