THE WESTON FIRM
GREGORY S. WESTON (239944)
888 Turquoise Street
San Diego, CA 92109
Telephone: 858 488 1672
Facsimile:  480 247 4553
greg@westonfirm.com

BECK & LEE BUSINESS TRIAL LAWYERS
JARED H. BECK (233743)
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone: 305 789 0072
Facsimile:  786 664 3334
jared@beckandlee.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINE RED, JENNIFER RED, and RACHEL WHITT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNILEVER UNITED STATES, INC. and UNILEVER PLC,<br><br>Defendants. | Case No.: 2:09-cv-07855 MMM AGRx<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND RELATED EVIDENTIARY OBJECTIONS**<br><br>Judge: The Hon. Margaret M. Morrow<br>Date: February 8, 2010<br>Time: 10:00 a.m.<br>Location: Courtroom 780 |

1  Plaintiffs object to Defendant Unilever United States, Inc.'s Request for
2  Judicial Notice in Support of its Motion to Dismiss ("Request for Judicial Notice").
3  Unilever asks this Court to take judicial notice of a press release from July
4  27, 2009, announcing that Unilever is purportedly scheduled to remove lethal
5  hydrogenated oils from its food products by "early 2010." Request for Judicial
6  Notice Ex. A. The request is improper, and the press release should not be
7  considered by the Court in ruling upon Unilever's Motion to Dismiss.
8  Rule 201(b) of the Federal Rules of Evidence permits a trial court to take
9  judicial notice of facts that are either "generally known within the territorial
10 jurisdiction of the trial court" or "capable of accurate and ready determination by
11 resort to sources whose accuracy cannot be reasonably be questioned." Fed. R.
12 Evid. 201(b). Unilever's self-serving press release qualifies in neither category.
13 Moreover, the Complaint does not reference the press release or its content; to the
14 contrary, it contradicts what the press release states. *See Witrol v. LexisNexis*
15 *Group*, Case No. C05-02392-MJJ, 2006 WL 4725713, *3 (N.D. Cal. Feb. 10,
16 2006) (where complaint's allegations did not reference defendant's press releases
17 and contradicted their subject matter, court could not judicially notice the press
18 releases); *Del Puerto Water Dist. v. U.S. Bureau of Reclamation*, 271 F. Supp. 2d
19 1224, 1234 (E.D. Cal. 2003) (declining to judicially notice press releases where
20 "their contents are in dispute").
21 Additionally, Plaintiffs lodge the following evidentiary objections to
22 Unilever's release: (1) lack of foundation, Fed. R. Evid. 901; (2) relevance, Fed. R.
23 Evid. 402; and (3) hearsay, Fed. R. Evid. 801, 802; and to the Declaration of
24 Darren Palmet: (1) lack of foundation, Fed. R. Evid. 901; (2) relevance, Fed. R.
25 Evid. 402.
26
27

1
*Red et al. v. Unilever PLC et al., Case No. 2:09-cv-07855 MMM AGRx*
PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND
RELATED EVIDENTIARY OBJECTIONS

| | | |
|---|---|---|
| 1 | Dated: January 8, 2010 | Respectfully Submitted, |
| 2 | | |
| 3 | | s/Gregory S. Weston |
| | | THE WESTON FIRM |
| 4 | | GREGORY S. WESTON (239944) |
| 5 | | 888 Turquoise Street |
| | | San Diego, CA 92109 |
| 6 | | Telephone: 858 488 1672 |
| 7 | | Facsimile:   480 247 4553 |
| | | greg@westonfirm.com |
| 8 | | |
| 9 | | BECK & LEE BUSINESS TRIAL LAWYERS |
| 10 | | JARED H. BECK (233743) |
| | | 28 West Flagler Street, Suite 555 |
| 11 | | Miami, FL 33130 |
| 12 | | Telephone: 305 789 0072 |
| | | Facsimile:   786 664 3334 |
| 13 | | jared@beckandlee.com |
| 14 | | |
| | | Counsel for Plaintiffs |

2

*Red et al. v. Unilever PLC et al., Case No. 2:09-cv-07855 MMM AGRx*
PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND RELATED EVIDENTIARY OBJECTIONS